# Law Offices of Steven Goldsobel
A Professional Corporation

1901 Avenue of the Stars  
Suite 1750  
Los Angeles, CA 90067

Telephone: (310) 552-4848  
Facsimile: (310) 695-3860  
www.sgoldsobel.com

August 14, 2017

By ECF

The Honorable Joanna Seybert  
United States District Judge  
United States District Court  
100 Federal Plaza  
Central Islip, NY 11722

    Re:    *United States v. Jeffrey Chartier, et al. (Robert Gleckman)*  
             Criminal Docket No. 17-372 (JS)

Dear Judge Seybert:

       Defendant Robert Gleckman, through undersigned counsel, respectfully requests an order adjourning the deadline by ten days in which he must complete the posting of property for his surety bond.

       Gleckman appeared before your Honor on July 31, 2017, for arraignment. The Court reviewed Gleckman's bail conditions imposed by the United States Magistrate Judge in the U.S. District Court for the Central District of California. Among Gleckman's conditions was Gleckman's agreement to an unsecured bond of $250,000. At the hearing before your Honor, the government and Gleckman jointly requested that the $250,000 bond be secured by the equity in Gleckman's personal residence and the Court granted the request. The Court set a deadline of August 14, 2017 for the posting of Mr. Gleckman's property.

       Since then, Mr. Gleckman and the U.S. Attorney's Office in the Central District of California jointly stipulated to, and obtained an order from the Honorable Magistrate Judge Frederick Mumm, amending Gleckman's conditions of release so that the Clerk of the Court could accept a deed of trust. Mr. Gleckman, with the assistance of a bail bondsman, is working diligently to complete the deeding of the property.

       According to the bail bondsman, another 10 days is required to complete the process. Counsel for Gleckman has discussed the need for an extension of time with the government. The government consents to a 10-day adjournment of the August 14 deadline.

The Honorable Joanna Seybert
August 15, 2017
Page 2

    Accordingly, Gleckman respectfully requests that he have until August 24, 2017 to complete the deeding of his property to the United States District Court in the Central District of California.

                                           Respectfully submitted,

                                           Steven M. Goldsobel
                                           Counsel for Defendant Robert Gleckman