# Law Offices of Steven Goldsobel
A Professional Corporation

1901 Avenue of the Stars  
Suite 1750  
Los Angeles, CA 90067

Telephone: (310) 552-4848  
Facsimile: (310) 695-3860  
www.sgoldsobel.com

January 5, 2018

By ECF

The Honorable Joanna Seybert  
United States District Judge  
United States District Court  
100 Federal Plaza  
Central Islip, NY 11722

Re:   *United States v. Jeffrey Chartier, et al. (Robert Gleckman)*  
      Criminal Docket No. 17-372 (JS)

Dear Judge Seybert:

Defendant Robert Gleckman, through undersigned counsel, requests that Mr. Gleckman's appearance at the status conference, scheduled for January 19, 2018, be waived. Mr. Gleckman resides in Los Angeles, California, and would need to travel to the Eastern District of New York. At this time, the government has produced one tranche of discovery and has represented to undersigned counsel that it intends to produce additional substantial discovery shortly. At the upcoming status conference, the government intends to request a further status conference in light of the outstanding discovery. Accordingly, Mr. Gleckman requests that his appearance at the January 19 status conference be waived. The government does not oppose this request.

Respectfully submitted,

Steven M. Goldsobel  
Counsel for Defendant Robert Gleckman