BEFORE: GARY R. BROWN  
UNITED STATES MAGISTRATE JUDGE

DATE: 8/2/2019

### CRIMINAL CAUSE FOR GUILTY PLEA -

DOCKET No. CR-17-372 (JS) *

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 02 2019 ★

LONG ISLAND OFFICE

**DEFENDANT: ROBERT GLECKMAN**           DEF. #  
Present on bond

**DEFENSE COUNSEL:** STEVEN GOLDSOBEL  
Retained

**A.U.S.A.:**     KAITLIN FARRELL  
INTERPRETER: [Choose an item.] -- [Choose an item.]  
PROBATION OFFICER/PRETRIAL:  
COURT REPORTER/FTR LOG: 11:30-11:48           MAGISTRATE DEPUTY: KM

☒     Case called     ☒     Counsel for all sides present

☐     Defendant's first appearance and arraignment.

☒     Defendant is sworn, informed of rights, and waives trial before District Court

☐     Defendant waives Indictment, waiver executed.

☒     Defendant withdraws previous not guilty plea and enters Plea of Guilty to Count(s) _1__ of the Indictment

☒     Court finds a factual basis for the plea

Sentencing:     ☒ Set for 2/7/2020 at 11:30 a.m. before Judge Seybert

             ☐ To be determined/set by probation

☐     Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.

☒     Defendant continued:  ☐ in custody     ☒ on bond____

OTHER: Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Brown, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.

- Motion [427] withdrawn.